Tara L. Cunha, CSR
Official Court Reporter
284th District Court
301 N. Main, Rm. 201
Conroe, Texas 77301
(936) 538-8077
Tara.cunha@mctx.org

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/23/2025 2:15:45 PM
CHRISTOPHER A. PRINE
Clerk

January 23, 2025

Chris Prine
Clerk of the Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

RE:  15-24-00126-CV; 22-10-14637; Still American, LLC, Unio Global Trade, LLC,
Adolfo Rafael Vivas, Marcela Vogel,
Michael Vogel, and Adolfo Pedro Vivas
v. Baron Global Distributors, LLC and Zinc Point Manufacturing, Inc.

Dear Mr. Prine:

I am writing to inform the 15th Court of Appeals as to the status of this reporter's record.  Back on November 21, 2024, I was given an insufficient designation of record.  I informed the Court and counsel that I needed the designation of record to comply with Rule 34.6.

The next correspondence I received from Wright Close and Barger was on January 16, 2025, with a compliant designation of record.  I then sent the invoice via Quickbooks on January 17, 2025, at 1:31 p.m.  To date, this invoice has not been paid nor viewed.   Until the deposits are made, the reporters will not begin production.

If you have any questions, please do not hesitate to ask.

Sincerely,

Tara L. Cunha, CSR
TX CSR 11625
CA CSR 13788